UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BARBARA J. MARTIN,

PLAINTIFF,

v.

COMMISSIONER OF
SOCIAL SECURITY,

DEFENDANT.

CASE NO. 2:16-CV-796
CHIEF JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE CHELSEY M. VASCURA

## OPINION AND ORDER

On June 26, 2017, the Magistrate Judge assigned to this case issued a Report and Recommendation. (Doc. 22) The Magistrate Judge recommended that the decision of the Commissioner of Social Security denying disability benefits to the Plaintiff from February, 2008 through January, 2012 be affirmed.[1]

The Plaintiff has filed a timely objection, which the Court has carefully reviewed. The undersigned finds that the Report and Recommendation of the Magistrate Judge is well reasoned, consistent with the law, and is supported by substantial evidence.

For these reasons, the objections are OVERRULED. The Report and Recommendation is ADOPTED. Final Judgment is rendered in favor of the Defendant.

**IT IS SO ORDERED.**

9-21-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In a previous case, 2:12-cv-649, the Plaintiff was determined eligible for disability benefits starting in January of 2012. These benefits are not at issue in this case.